PROB 12A  
(7/93)

Report Date: March 16, 2006

# United States District Court

### for the

### Eastern District of Washington

### Report on Offender Under Supervision
*(No Action Requested)*



FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 2 0 2006

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| Name of Offender: Wesley Edward Byrd | Case Number: 2:00CR00021-001 |
| Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle | |
| Date of Original Sentence: 05/18/2000 | Type of Supervision: Supervised Release |
| Original Offense: Bank Robbery, 18 U.S.C. § 2113(a) | Date Supervision Commenced: 12/16/ 2005 |
| Original Sentence: Prison - 63 months; TSR - 36 months | Date Supervision Expires: 12/15/ 2008 |

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number   Nature of Noncompliance

1   **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

   **Supporting Evidence**: On March 1, 2006, Wesley Byrd admitted to the U.S. Probation Office in the Western District of Washington that he ingested Neurontin that was not prescribed to him.

### U.S. Probation Officer Action:

Supervision in this case was accepted by the Western District of Washington (WD/WA) on August 5, 2005. The offender agreed to sign a modification to reside at the community corrections center (CCC), in Seattle, Washington, through the Bureau of Prisons (BOP), upon his release from custody on December 15, 2005. The Court signed the order authorizing this placement for up to 180 days on August 22, 2005.

On March 1, 2006, the offender's supervising U.S. Probation officer (USPO) in Everett, Washington, confronted the offender about compliance issues at the CCC placement. The facility is located at the Pioneer Fellowship House in Seattle, Washington. One significant compliance issue involved the offender ingesting another resident's prescribed medication of Nerutonin. The offender admitted to his assigned officer that he took the medication because it gave him a "meth-like high." He further relayed to the officer that he admittedly enjoys getting high, and had not been high for a very long time. Wesley Byrd knew his use of the drug would not be detected by a urinalysis test.

Prob12A
Re: Byrd, Wesley Edward
March 16, 2006
Page 2
The offender was warned by his USPO that this type of noncompliance would not be tolerated. He acknowledged his inappropriate behavior. The U.S. Probation Office in Everett, Washington, is asking the Court take no action at this time. This is based on the offender's acceptance of responsibility, and the belief he can secure employment. It should be noted that the offender's drug tests to date have been negative, and that he is involved in the WD/WA "Targeted Offender Employment Program.

Respectfully submitted,

by *[signature]*

Brenda Kuest
U.S. Probation Officer
Date: March 16, 2006

---

[X] Court Concurs with Officer Action
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

*[signature: Fred Van Sickle]*

Signature of Judicial Officer

March 19, 2006
Date